

# United States District Court
## Southern District of Florida

UNITED STATES OF AMERICA
    Plaintiff

CASE NUMBER: CR: 10-3352-WCT
(SEALED)

VS.

REPORT COMMENCING CRIMINAL ACTION

Anthony Mellone
    Defendant

94597-004
    USMS NUMBER

TO: CLERK'S OFFICE          (MIAMI)          FT. LAUDERDALE          W. PALM BEACH
U.S. DISTRICT COURT         (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE

COMPLETE ALL ITEMS. INFORMATION THAT IS NOT APPLICALBE, MARK N/A

(1) DATE AND TIME OF ARREST: 730 AM  10/6/10    A.M. _____ P.M. _____

(2) LANGUAGE SPOKEN: English

(3) OFFENSE CHARGED: Securities Fraud

(4) DATE OF BIRTH: 3/21/57

(5) TYPE OF CHARGING DOCUMENT:           (CHECK ONE)
    { } INDICTMENT                    X COMPLAINT TO BE FILED/ALREADY FILED
    { } BENCH WARRANT FOR FAILURE TO APPEAR
    { } PROBATION VIOLATION WARRANT
    { } PAROLE VIOLATION WARRANT
    ORIGINAL DISTRICT: SDFL

(6) REMARKS: _____

(7) DATE: _____     (8) ARRESTING OFFICER: _____

(9) AGENCY: _____                  (10) PHONE: _____

(11) COMMENTS: _____