UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.10-60290-CR-COHN-SELTZER

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ANTHONY MELLONE,

        Defendant.
_____/

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the above-entitled cause is hereby set for change of plea hearing on **Thursday, December 9, 2010 at 11:00 a.m.** before the Honorable James I. Cohn, United States District Judge, United States Courthouse, 299 East Broward Boulevard, Courtroom 203E, Fort Lauderdale, Florida.

HONORABLE JAMES I. COHN
UNITED STATES DISTRICT JUDGE

DATED: December 3, 2010

STEVEN M. LARIMORE
COURT ADMINISTRATOR • CLERK OF COURT

By: _____
Valerie Thompkins
Courtroom Deputy Clerk

cc:    Ryan O'Quinn, AUSA
       Christy O'Connor, AFPD
       U.S. Marshals
       USPO